Dariush Keyhani (DK 9673)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819

Attorneys for Plaintiff
Sean McCue

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
Sean McCue,                                   :
                                              :
              Plaintiff,                      :
       v.                                     :
NBC Universal, Warner Bros.                   :      **COMPLAINT**
Television Inc., Jerry Buckheimer,            :      JURY TRIAL DEMANDED
Creative Artists Agency,                      :
                                              :
              Defendants.                     :
-----------------------------------------------------x

Plaintiff Sean McCue ("Plaintiff"), by its attorneys Meredith & Keyhani, PLLC, as and for its complaint against Defendants alleges as follows:

### THE PARTIES

1. Plaintiff, Sean McCue is an individual who resides in Westchester County in New York State.

2. On information and belief, NBC Universal is a corporation located at 30 Rockefeller Plaza, New York, New York 10112.

3. On information and belief, Defendant Warner Brothers Television, Inc. has a place of business at 1 Time Warner Center, New York, New York 10019.

4. On information and belief, Jerry Bruckheimer is the producer of E-ring in conjunction with Jerry Bruckheimer Television with a place of business at 150 S Rodeo Drive, 3rd Floor, Beverly Hills, CA 90212.

5. On information and belief, Creative Artists Agency is a literary agency with a place of business at 9830 Wilshire Boulevard, Beverly Hills, California 90212-1825.

## JURISDICTION AND VENUE

6. The Court has jurisdiction under 17 U.S.C. §101 et seq.; 28 U.S.C.§1331; 28 U.S.C. §1367; and 28 U.S.C. §1338.

7. On information and belief, Defendants are subject to the jurisdiction of this Court, and venue is proper in this District pursuant to 28 U.S.C. §1391 and 28 U.S.C. §1400, in that some of the Defendants resides in this District, and the acts of infringement complained of herein occurred in this District.

## FACTUAL BACKGROUND

8. Plaintiff is a screenwriter and using his research and experience wrote a detailed script and treatment for a television show, movie or film production entitled "Paper Tiger" (hereinafter "Paper Tiger").

9. Paper Tiger was the product of months of research and travel by Plaintiff based upon a "made" spy for the C.I.A. who must be extracted by U.S. Submarine from China.

10. Paper Tiger is a detailed work which embodies plot, characters, setting and numerous other details that comprise the entire creative work embodied in the Paper Tiger television show, film or movie the Plaintiff envisioned.

11. Plaintiff made extensive efforts to protect and document his creative endeavor.

12. Plaintiff is the owner of United States Copyright Registration Number PAu2-871-941 (the "Copyright") for Paper Tiger which he registered on June 7, 2004 (See attached Exhibit A).

13. Paper Tiger was also registered with the Writer's Guild of America on May 31, 2004 (See attached Exhibit B).

14. Following registration of Paper Tiger with the United States Copyright Office and the Writer's Guild of America, Plaintiff submitted its script to a contest for the Writer's Network.

15. Plaintiff was a semi-finalist in the contest, which was judged by a number of individuals from Creative Artists Agency.

16. Creative Artists Agency is a literary agency.

17. Upon information and belief, the "writer" of the E-ring pilot was David McKenna, who is represented by Creative Artists Agency.

18. There is substantial similarity between Plaintiff's Paper Tiger and Defendants' "E-ring".

19. Trading upon the unauthorized use and exploitation of the creative works embodied in Plaintiff's Paper Tiger, the Defendants' E-ring became a commercial success.

20. Throughout the course of and subsequent to the Defendants' production of "E-ring," Defendants did not contact the Plaintiff in order to seek a license or authorization for any purpose whatsoever, including for the acts described herein.

## COUNT I- COPYRIGHT INFRINGEMENT

21. Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 20 as through fully set forth herein.

22. Paper Tiger is an original work, copyrightable under 17 U.S.C. §102. As lawful owner of the United States Copyright PAu2-871-941, Plaintiff is entitled to "the exclusive rights to do and to authorize the copyrighted work."

23. Without Plaintiff's authorization or consent, the Defendants copied, commercially exploited, and distributed creative works embodied in Plaintiff's Paper

3

Tiger, and prepared unauthorized works (including derivative works), through Defendants' production and airing of E-ring.

24. The Defendants' unauthorized use, copying and dissemination of the E-ring television show in interstate commerce constitute actual infringement of the Plaintiff's copyright.

25. Upon information and belief, Defendants' infringement is willful in nature.

26. Defendants' acts of copyright infringement have and continue to cause Plaintiff substantial damages.

27. No adequate remedy at law exists for Plaintiff.

## COUNT II- UNJUST ENRICHMENT

28. Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 27 as through fully set forth herein.

29. Through the commercial exploitation of the Plaintiff's original, copyrighted works, the Defendants have enjoyed increased revenue, publicity and notoriety.

30. By reason of the Defendants' conduct, Plaintiff has sustained and continues to sustain substantial damages.

## COUNT III- MISAPPROPRIATION OF IDEAS

31. Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through 30 as through fully set forth herein.

32. Plaintiff's original and novel script and ideas for a movie/ television show were misappropriated by Defendants.

33. By reason of the foregoing acts of misappropriation by the Defendants, the Plaintiff has sustained substantial injury.

**WHEREFORE**, Plaintiff prays that:

1. Defendants, their agents, officers, servants, employees, franchisees, licensees, and all others in active concert or participation with Defendants, be enjoined and restrained from any further infringement of the Paper Tiger script and treatment, as infringed in the E-ring series, or any other series, in television of any other medium;

2. Defendants, their agents, officers, servants, employees, franchisees, licensees, and all others in active concert or participation with Defendants, be enjoined and restrained from creating, selling or otherwise publishing any advertisement for E-ring or any other series, or television or any other medium, which infringed the Plaintiffs' copyright;

3. Defendants, their agents, officers, servants, employees, franchisees, licensees, and all others in active concert or participation with Defendants, be enjoined and restrained from creating, selling, or otherwise distributing any merchandise produced in connection with E-ring or any other series, which infringed the Plaintiffs' copyright;

4. Defendants be directed to pay Plaintiff damages, including without limitation statutory damages, attorney fees, compensatory damages, and/or punitive damages;

5. Defendants be directed to account to Plaintiff any and all profits derived by them through activities which directly or indirectly infringe the Plaintiff's copyright, including but not limited to, all profits derived directly or indirectly from the show E-ring;

6. Defendants reimburse the costs and disbursements of this action;

7. Defendants reimburse the costs of reasonable attorney's fees;

8. Plaintiff be awarded both pre-judgment and post-judgment interest on each and every damage award; and

9. Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all issues properly triable by jury in this action.

Dated: January 18, 2006  
       New York, New York

Respectfully Submitted,

*/s/ Dariush Keyhani*  
Dariush Keyhani (DK 9673)  
**Meredith & Keyhani, PLLC**  
330 Madison Avenue  
6th Floor  
New York, New York 10017  
Telephone (212) 760-0098  
Facsimile (212) 202-3819  
Attorney for Plaintiff  
Sean McCue

6

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PAu2-871-941

Effective Date of Registration
6·7·04

Application Received
JUN 07 2004

Deposit Received
One JUN 07 2004  Two

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE

**1. Title of This Work:** PAPER TIGER (ZHI LAOHU)
Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:** Sean J McCue, 12 Jackson Rd, Briarcliff Manor, NY 10510
Nationality or domicile
Phone, fax, and email: Phone (914) 944-9181  Fax ( )
Email: moorscoms1@aol.com, sean.mccue@juno.com

**3. Year of Creation:** 2004

**4. If work has been published, Date and Nation of Publication.**
a Date ___ Month ___ Day ___ Year ___ (Month, day and year all required)
b Nation ___

**5. Type of Authorship in This Work:** Check all that this author created.
☐ Music  ☑ Other text (includes dramas, screenplays, etc.)
☐ Lyrics  (If your work is a motion picture or other audiovisual work, use the Standard Form PA.)

**6. Signature** (Registration cannot be completed without a signature.)
I certify that the statements made by me in this application are correct to the best of my knowledge. Check one:
☑ Author
☐ Authorized agent
x *Sean J. McCue*

**7. Name and Address of Person to Contact for Rights and Permissions** (OPTIONAL)
☑ Check here if same as #2 above
Phone ( )  Fax ( )
Email

**8.** Certificate will be mailed in window envelope to this address:
Name: SEAN J. McCUE
Number/Street: 12 JACKSON RD.
City/State/ZIP: BRIARCLIFF MANOR, NY 10510

**9.** Deposit Account #
Name ___

DO NOT WRITE HERE   Page 1 of ___ pages

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—20,000  Web Rev July 2003  ⓦ Printed on recycled paper                U.S. Government Printing Office 2003-496-605/60,026

# EXHIBIT B



# Registration Confirmation

Please print this page for your records.

## Registration Number : 998733

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

### Registered Item Information:

| | |
|---|---|
| Material Type : | SCREENPLAY |
| Intended Medium : | SCREEN |
| Item Title : | PAPER TIGER (ZHI LAOHU) |
| Filename : | ZLao.SCW |
| Submission Date : | 5/31/2004 6:06:49 AM |

### Registrant/Author Information:

| | |
|---|---|
| Registrant ID : | 030524082 |
| Registrant Last Name : | McCue |
| Registrant First Name : | Sean |
| Registrant Middle Name : | Joseph |

### Credit Card was Charged:

| | |
|---|---|
| Credit Card # : | XXXXXXXXXX-6173 |
| Name on Card: | Sean Joseph McCue |
| Credit Card Expiration Date(mmyy) : | 1205 |
| Credit Card Amount : | USD 20 |

We value our registrants' comments for making the service more secure and efficient. Click here to complete our Online Registration survey.

https://www.writersguild.org/webrss/confirmation.asp?PID=0D0CF9D7000579D4         5/31/2004